IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHERMAN JAMES NICKERSON, #124158, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07-CV-45-MHT |
| CHARLES P. NIVEN, *et al.*, | ) ) | (WO) |
| Defendants. | ) | |

## OPINION

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on January 18, 2007 (Doc. # 3), that Plaintiff's Complaint be dismissed without prejudice due to Plaintiff's failure to pay the full filing fee upon initiation of this case.

After a review of the recommendation, to which Plaintiff did not object, despite this court's grant of additional time for filing objections on February 2, 2007 (Doc. # 5), and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate order will be entered.

Done this the 28th day of February, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE